| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | RONALD C. TYLER |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | 19 th Floor, Box 36106 |
| 4 | San Francisco, CA 94102 |
|   | Telephone: (415) 436-7700 |

FILED
JUL 1 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Counsel for Defendant LEAL-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-70591 MAG  3- |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO ADVANCE HEARING |
| v. | ) | |
| MIGUEL LEAL-MARTINEZ, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties hereby agree to advance the hearing in the above-captioned matter from Friday, July 17, 2009 at 9:30 a.m. to Thursday, July 16, 2009 at 9:30 a.m. because counsel for Mr. Leal-Martinez will be out of the district teaching on the date previously set.

IT IS SO STIPULATED:

Dated: July 13, 2009                    /s/
                                        RONALD C. TYLER
                                        Assistant Federal Public Defender
                                        Counsel for the defendant

Dated:   July 13, 2009                /s/
                                      DARYL T. EREMIN
                                      Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the hearing previously set for Friday, July 17, 2009 at 9:30 a.m. shall be advanced to Thursday, July 16, 2009 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 7/13/09

                                      THE HONORABLE EDWARD M. CHEN
                                      United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 09-70591 MAG                          2